ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                        Tel: (212) 571-5500
Jeremy Schneider                                           Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____

Rachel Perillo

July 24, 2026

Catherine O'Hagan Wolfe
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

        Re:    United States v. Anthony Neubauer
               No. 26-574

Dear Ms. Wolfe,

        I represent defendant-appellant Anthony Neubauer in the above-captioned case. I am writing to inform the Court that my office has not received the requested transcripts from the district court proceedings below.

        I will update the Court as to the status of the appellant's transcript requests on or before August 7, 2026.

                                                Respectfully submitted,

                                                Lucas Anderson