# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-six.

Before:      William J. Nardini,
*Circuit Judge.*

---

United States of America,

      Appellee,

  v.

Anthony Neubauer,

      Defendant - Appellant.

**ORDER**

Docket No. 26-574

---

Appellant's counsel moves for the appointment of Benjamin Welikson as CJA associate counsel.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

