ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

September 4, 2026

Jessica McKenzie – Case Manager
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Anthony Neubauer
No. 26-574

Dear Ms. McKenzie,

This Court has not acted on the CJA transcript requests that were submitted by my office on July 14, 2026.

I will update the Court as to the status of the appellant's transcript requests on or before September 18, 2026.

Respectfully submitted,

Lucas Anderson