ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

October 20, 2026

Jessica McKenzie – Case Manager
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Anthony Neubauer
No. 26-574

Dear Ms. McKenzie,

I represent defendant-appellant Anthony Neubauer in the above-captioned case. I am writing to inform the Court that my office has not received the requested transcripts from the district court proceedings below.

I will update the Court as to the status of the appellant's transcript requests on or before November 3, 2026.

Respectfully submitted,

Lucas Anderson